UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

**THERESA MARIE BOESE- MORALES**

CASE NO. BKY **20-40749 MER**
CHAPTER 13

REPORT OF STANDING
TRUSTEE TO MOTION OF
**PETER LINSTROTH**
FOR RELIEF FROM STAY

In response to the above motion, the Trustee reports to the Court as follows:

1. As of December 4, 2020**,** the Trustee has received payments totaling $4,704.00 from the debtor(s). Debtor(s) is/are current on payments required under the confirmed plan. The Trustee has funds on hand for distribution of $0.00. The information provided herein relates to the confirmed plan and does not take into account the provisions of any proposed modified plan.

2. The Trustee has made payments totaling $0.00 to movant or its assignee.

3. The Trustee has reviewed the above motion as to its possible effect on the debtor(s)' plan and the claims of the other creditors as provided for thereunder, and **does not oppose the Court's granting the relief prayed for.**

4. This motion refers to post-petition payments which are to be made directly by the debtor(s).

Dated: December 4, 2020

**Gregory A. Burrell, Trustee**

/e/   Gregory A. Burrell
Gregory A. Burrell, Trustee
Jeffrey M. Bruzek, Counsel (#319260)
Heather M. Forrest, Counsel (#0398764)
100 South Fifth Street, Ste. 480
Minneapolis, MN 55402

copy to: U.S. Trustee
　　　　Orin J. Kipp
　　　　Walter Hodynsky

## VERIFICATION

I, Linda Goneau, an employee of Gregory A. Burrell, the Standing Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/e/ Linda Goneau
Linda Goneau
100 South Fifth Street
Suite 480
Minneapolis, MN  55402