UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | CHAPTER 13 CASE |
| | CASE NO. 20-40749 |
| Theresa Marie Boese-Morales | |
| | ORDER |
| Debtor. | |

**ORDER GRANTING RELIEF FROM STAY**

This case is before the court on the motion of Peter Linstroth, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

IT IS ORDERED:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    Residential lease on 6212 Interlachen Blvd, Edina, MN 55436

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:  *January 7, 2021*

*/e/ Michael E. Ridgway*
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/07/2021*
Lori Vosejpka, Clerk, by MJS