# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Theresa Marie Boese-Morales,

Debtor.

Case No. 20-40749

Chapter 13 Case
Chief Judge Michael E. Ridgway

### ORDER DISMISSING CASE

This case came before the court on the motion of Peter Linstroth seeking an order dismissing this case. Based upon the arguments of counsel and supporting documents,

IT IS ORDERED:

1. Pursuant to 11 U.S.C. §1307(c), the Debtor's failure to comply with her confirmed plan requires that the Debtor's Chapter 13 case be hereby dismissed.

July 14, 2021

*/e/ Michael E. Ridgway*
Honorable Chief Judge Michael E. Ridgway
United States Bankruptcy

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/14/2021*
Lori Vosejpka, Clerk, by MJS

1